IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:21-00233

TORREY HAIRSTON

## MEMORANDUM OPINION AND ORDER

Pending before the court is the government's motion to continue the trial and all related deadlines for a period of approximately sixty days. (ECF No. 55). In support of the motion and the need for a continuance, counsel for the government states that he only recently took over the case when another attorney left his employment with the U.S. Attorney's Office. New counsel will need additional time to review the case and to engage in plea negotiations. The defendant does not oppose the request for a continuance.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** the defendant's motion to continue. In deciding to grant the motion to continue, the court considered the factors outlined in 18 U.S.C. §3161(h)(7)(B) and found that failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the court hereby **ORDERS** as follows:
1. Trial of this action is continued until May 4, 2022, at

      9:30 a.m., in Bluefield. Jury instructions and proposed voir dire are to be filed by April 27, 2022;

2. All pretrial motions are to be filed by March 28, 2022;

3. A pretrial motions hearing is scheduled for April 4, 2022, at 2:00 p.m., in Bluefield; and

4. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

      IT IS SO ORDERED this 4th day of March, 2022.

      ENTER:

      *David A. Faber* (signature)
      David A. Faber
      Senior United States District Judge